UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:11-cr-89-T-23TGW

WILLIAM O. JOEL
_____/

**ORDER**

Joel received notice on November 26, 2012, to self-surrender on December 11, 2012, for service of his sentence. Joel moves (Doc. 261) to extend his reporting date by "at least 60 days." The motion is **GRANTED IN PART**. Joel's reporting date is extended to January 18, 2013.[*]

ORDERED in Tampa, Florida, on November 30, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] On January 19, 2012, the jury found Joel guilty of the charged offenses. A January 19, 2012, notice scheduled Joel's sentencing for April 16, 2012, although the sentencing was continued until October 9, 2012. Accordingly, Joel has had ample time to arrange for the care of his family while he serves his sentence. An extension of Joel's reporting date to January 18, 2013, is more than reasonable.